**Order entered December 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-09-01068-CV

### DONALD CARDWELL AND 121 INVESTMENTS, L.L.C., Appellants

### V.

### BILL GURLEY, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 06-03299

## ORDER

A review of the clerk's record shows that the Dallas County District Clerk could not locate several items critical to determining our jurisdiction. Specifically, appellants' request for findings of fact and conclusions of law, motion for new trial, and notice of appeal cannot be located. Also, the trial court's findings of fact and conclusions of law cannot be located.

Accordingly, pursuant to Texas Rule of Appellate Procedure 34.5(e), we **ORDER** the trial court to conduct a hearing and make findings of fact regarding:

1.      whether, after a further search, file-stamped copies of appellants' request for findings of fact and conclusions of law, motion for new trial, notice of appeal, and the trial court's findings of fact and conclusions of law can be located;

2. if the above-listed documents cannot be located, whether the parties can agree on substituted file-stamped copies of appellants' request for findings of fact and conclusions of law, motion for new trial, notice of appeal, and the trial court's findings of fact and conclusions of law; and

3. if the parties cannot agree, the trial court shall determine what constitutes an accurate copy of the missing items and order them to be included in a supplemental clerk's record.

*See* TEX. R. APP. P. 34.5(e).

We **ORDER** the trial court to transmit a supplemental clerk's record containing its written findings, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Dale Tillery, Presiding Judge, 134th Judicial District Court, Felicia Pitre, Dallas County District Clerk, and counsel for all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal will be reinstated thirty days from the date of this order or when the supplemental clerk's record containing the trial court's findings is received, whichever occurs sooner.

/s/ ELIZABETH LANG-MIERS
JUSTICE